Gondephe, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN CRAIG, individually and on )
behalf of all others similarly situated, )
)
                    Plaintiff,          )     No. 1:17 Civ. 4740 (PGG)
)
        v.                              )
)
CENTURYLINK, INC., GLEN F. POST III     )
and R. STEWART EWING JR.,               )
)
                    Defendants.         )
_____)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/8/17
```

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TRANSFERRING VENUE UNDER
28 U.S.C. § 1404(a) TO THE MONROE DIVISON OF THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF LOUISIANA**

All of the Parties in this action – *i.e.*, Plaintiff Benjamin Craig ("Plaintiff") and

Defendants CenturyLink, Inc., Glen F. Post, III and R. Stewart Ewing Jr. ("Defendants") –

having met and conferred, submit the instant Joint Stipulation and Proposed Order Transferring

Venue Under 28 U.S.C. § 1404(a) to the Monroe Division of the United States District Court for

the Western District of Louisiana.

WHEREAS, on June 22, 2017, Plaintiff initiated the above-captioned Action ("Action"),

by filing a putative class action Complaint alleging that Defendants made false and misleading

statements in violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, CenturyLink, Inc.'s headquarters are located in Monroe, Louisiana, which is

in the Western District of Louisiana;

WHEREAS, Defendant Post (CenturyLink's CEO at all relevant times), and Defendant Ewing (CenturyLink's CFO at all relevant times), are based in Monroe, Louisiana;

WHEREAS, other witnesses and documents that are likely to be relevant to this Action are located in Monroe, Louisiana;

WHEREAS, the Complaint does not assert that any of the allegedly misleading public statements were prepared, created, or issued in New York, and Plaintiff is not located in New York; and

WHEREAS, Plaintiff has consented to transfer this Action to the Western District of Louisiana, and Plaintiff and Defendants agree that transfer will serve the convenience of the parties and witnesses, and interests of justice, pursuant to 28 U.S.C. §1404(a);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, subject to the approval of the Court, that:

1.   This Action could have been brought in the United States District Court for the Western District of Louisiana, Monroe Division, and all of the parties consent to this Action proceeding in such District; and

2.   For the convenience of the parties and witnesses, and in the interests of justice, this Action should be transferred to the Monroe Division of the United States District Court for the Western District of Louisiana pursuant to 28 U.S.C. §1404(a).

2

Dated:  August 1, 2017

LEVI & KORSINSKY, LLP

Nicholas I. Porritt
Adam M. Apton
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
nporritt@zlk.com
aapton@zlk.com

*Counsel for Plaintiff Benjamin Craig*

Respectfully submitted,

COOLEY LLP

George Anhang
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC  20004
Telephone:  (202) 842-7855
Facsimile:  (202) 842-7899
ganhang@cooley.com

*Counsel for Defendants CenturyLink, Inc.,*
*Glen F. Post III and R  Stewart Ewing Jr*

3

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING,** this action is transferred to the Monroe Division of the

United States District Court for the Western District of Louisiana, pursuant to 28 U.S.C.

§1404(a). The Clerk of Court is requested to transfer the above-captioned Action and close it on

the books of this Court.

IT IS SO ORDERED.

Dated: __August 8__, 2017

_____
Honorable Paul G. Gardephe
United States District Judge

4